UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT K ROBINSON,<br><br>   Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>   Defendants. | Case No.  12-cv-00494-JST<br><br>**SCHEDULING ORDER** |

      A case management conference was held on April 9, 2013.  Neither Plaintiff Robinson nor his attorney appeared at the conference even though the Court required the parties to appear in person at the conference.  *See* Dkt. No. 40.  Robinson is advised that further violations of orders of this Court will result in sanctions.  The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| **Fact discovery cut-off** | **August 9, 2013** |
| **Expert designation** | **September 13, 2013** |
| **Expert rebuttal** | **September 27, 2013** |
| **Expert discovery cut-off** | **October 11, 2013** |
| **Dispositive motion filing deadline** | **November 1, 2013** |
| **Pretrial conference** | **January 17, 2014 at 2:00 p.m.** |

| Trial | February 3, 2014 at 8:30 a.m. |
|---|---|

Counsel may not stipulate to modify the foregoing dates without Court approval. The parties shall comply at all times with the standing orders of this Court, which are available at cand.uscourts.gov/jstorders.

While the Court encourages informal resolution, the Court ordinarily does not grant extensions on the ground that settlement discussions are occurring or because the parties experienced delays in scheduling settlement conferences, mediation, or early neutral evaluation. The parties should proceed to prepare their cases for trial. No continuance (even if stipulated) shall be granted on the ground of incomplete preparation without competent and detailed declarations setting forth good cause.

Dated: April 9, 2013

_____
JON S. TIGAR
United States District Judge