UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT K ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>　　　　Defendants. | Case No. 12-cv-00494-JST<br><br>**ORDER COMPELLING PLAINTIFF TO APPEAR AT DEPOSITION**<br><br>Re: ECF Nos. 46, 47 |

　　　　The Court has reviewed the discovery letter briefs filed by the defendants Bank of America, N.A. and ReconTrust Company, N.A., ECF No. 46, and the plaintiff, ECF No. 47. The briefs concern the parties' dispute over the scheduling of plaintiff's deposition.

　　　　Although defendants should have contacted plaintiff before scheduling his deposition, they noticed the deposition far enough in advance that the plaintiff could have requested an alternative date if he needed one. Now that a dispute has arisen, and even though plaintiff states that he "is not seeking to be obstinate," he still has not proposed an alternative date.

　　　　In order to accommodate plaintiff's current commitment to try a felony case in Alameda County Superior Court, the Court therefore sets plaintiff's deposition for Monday, August 19, 2013, at 9:00 a.m., at the same location and under the same terms and conditions as set forth in the original notice. Plaintiff is ordered to appear at that time. The date, time, and location may be

/ / /
/ / /
/ / /
/ / /
/ / /

1  changed by mutual agreement of the parties, but only if the agreement is reduced to writing and
2  signed by both parties.
3  **IT IS SO ORDERED**.
4  Dated:  July 29, 2013

_____
JON S. TIGAR
United States District Judge