UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: December 19, 2013          Judge: Jon S. Tigar

Time: 19 minutes

Case No. **3:12-cv-00494-JST**
Case Name **Kurt K. Robinson v. Bank of America, et al.**

Attorney for Plaintiff:     Kurt K. Robinson (pro se)
Attorney for Defendants:     Jamie Z. Roth

Deputy Clerk: William Noble         Court Reporter FTR: 2:31-2:52 p.m.

## PROCEEDINGS

Motion for Summary Judgment (docket 50)

## RESULT OF HEARING

Motion hearing held. Matter is under submission. Court will issue an order.