UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT K ROBINSON,<br><br>      Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>      Defendants. | Case No.  12-cv-00494-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: Dkt. No. 71 |

    The plaintiff stated on the record on January 14, 2014, that this action has been settled. <u>See</u> Dkt. No. 71.  Accordingly, all deadlines and hearings in this case are VACATED.  By February 28, 2014, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

    Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

    **IT IS SO ORDERED**.

Dated: January 14, 2014

                                                                       JON S. TIGAR
                                                               United States District Judge