UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT ROBINSON,<br><br>        Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, individually and doing business as BANK OF AMERICA HOME LOAN SERVICING; RECON TRUST, COUNTRYWIDE BANK; DOES 1-1000;<br><br>        Defendants. | Case No. CV 12-00494 JST<br>Hon. Jon S. Tigar<br><br>**[PROPOSED]** **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:   November 29, 2011<br>Trial:                February 3, 2014 |

The Court, having approved the stipulation between plaintiff Kurt Robinson (**plaintiff**) and defendants Bank of America, N.A. (erroneously sued as Bank of America, individually and doing business as Bank of America Home Loan Servicing and Countrywide Bank) and Recontrust Company, N.A. (erroneously sued as Recon Trust) (collectively **defendants**), to dismiss this entire action with prejudice, hereby ORDERS as follows:

1. This action is DISMISSED WITH PREJUDICE; and

2. The parties shall bear their own attorney's fees and costs incurred in the action.

IT IS SO ORDERED.

Dated: February 3, 2014

_____
Honorable Jon S. Tigar
United States District Court Judge